OAK MANOR, INC. v. NEIL REALTY CO.

No. 67P88.

Case below: 88 N.C. App. 402.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

PATE v. THOMAS

No. 164P88.

Case below: 89 N.C. App. 312.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

SOUTH CAROLINA INS. CO. v. HALLMARK ENTERPRISES

No. 119P88.

Case below: 88 N.C. App. 642.

Petition by defendant (Gurtha Huggins) for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

STATE v. BANKS

No. 121P88.

Case below: 88 N.C. App. 737.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

STATE v. BREWER

No. 184P88.

Case below: 89 N.C. App. 431.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 June 1988.